UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LISA A. PAXTON, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO.: 3:23-cv-225 |
| BJ'S RESTAURANTS, INC. and BJ'S RESTAURANT OPERATIONS COMPANY d/b/a BJ'S RESTAURANT & BREWHOUSE, | ) |
|     Defendants. | ) |

**COMPLAINT
AND DEMAND FOR JURY TRIAL**

Comes now Plaintiff, Lisa A. Paxton, by counsel, and for her cause of action against the Defendants, BJ's Restaurants, Inc. and BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse, states as follows:

1. That Plaintiff, Lisa A. Paxton, is a citizen and resident of Vanderburgh County, Indiana.

2. That Defendant, BJ's Restaurants, Inc., is a California Corporation with its principal place of business in Huntington Beach, California.

3. That Defendant, BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse, is a California Corporation with its principal place of business in Huntington Beach, California.

4. That the amount in controversy, exclusive of interest and costs, is in excess of $75,000.

5. That by reason of the foregoing facts, diversity of citizenship and the amount in

controversy exists between the parties thereby conferring jurisdiction of this action upon this Court.

6. That on December 14, 2021, Defendants, BJ's Restaurants, Inc. and BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse, owned and operated the BJ's Restaurant & Brewhouse located at 1000 N. Green River Road Evansville, IN 47715.

7. That on December 14, 2021, Plaintiff Lisa A. Paxton was at said BJ's Restaurant & Brewhouse to do business as a customer.

8. That at said time and place, Plaintiff Lisa A. Paxton slipped and fell on her way to the bathroom on a floor mat that was unsecured to the floor and that gave way when she stepped on it.

9. That at said time and place, Defendants, BJ's Restaurants, Inc. and/or BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse, had a duty, including to Plaintiff Lisa A. Paxton, that used said floor as a customer to keep said floor from becoming dangerous and unsafe for passage upon and over.

10. That at said time and place, Defendants, BJ's Restaurants, Inc. and/or BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse and/or an employee(s) of said Defendant(s) breached said duty:

(A)   By creating a trip hazard in a common passageway;

(B)   By failing to secure said floor mat to the floor; and/or

(C)   By failing to post signs warning that said floor mat may give way when stepped on.

11. That at said time and place, the employee(s) who had created the trip hazard in a common passageway, failed to secure said floor mat to the floor, and/or failed to post signs warning that said floor mat may give way when stepped on was employed by Defendants, BJ's Restaurants, Inc. and/or BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse, and was within the course and scope of employment.

12. That as the direct and proximate result of Defendants, BJ's Restaurants, Inc. and/or BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse negligence, Plaintiff Lisa A. Paxton sustained physical injuries and monetary damages including injuries to her wrist.

WHEREFORE, Plaintiff Lisa A. Paxton prays for a judgment of and from the Defendants, BJ's Restaurants, Inc. and BJ's Restaurant Operations Company d/b/a BJ's Restaurant & Brewhouse, in an amount equal to her damages herein, costs and all other relief deemed appropriate in the premises.

### DEMAND FOR JURY TRIAL

PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY IN THE ABOVE CAPTIONED MATTER.

TULEY LAW OFFICE

By: s/ Heath A. Tuley
Daniel J. Tuley, #10930-82
Heath A. Tuley, #29523-49
Aaron F. Tuley, #34233-49
20 N.W. 1st Street, Suite 610
Evansville, IN 47708
Phone: (812) 434-1936
Facsimile: (812) 434-0224
ATTORNEYS FOR PLAINTIFF